## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Jairo Isael Peralta-Bandon,<br><br>Petitioner,<br><br>v.<br><br>Kristi Noem, et al.,<br><br>Respondents. | NO. CV-26-01482-PHX-AMM (MTM)<br><br>**JUDGMENT IN A CIVIL CASE** |

**Decision by Court.** This action came for consideration before the Court. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that, pursuant to the Court's Order filed March 17, 2026, Petitioner's Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 is granted, and this action is hereby closed.

Debra D. Lucas
District Court Executive/Clerk of Court

March 17, 2026

s/ Sylvia Yvonne Vasquez
By   Deputy Clerk